## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

May 7, 2008

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

**FILED**
**HARRISBURG, PA**

Re: MDL No. 1935 -- IN RE: Chocolate Confectionary Antitrust Litigation

MAY -7 2008

(See Attached CTO-1)

MARY E. D'ANDREA, CLERK
Per _____

Dear Ms. D'Andrea:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 21, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Certified from the record
Date 5/7/08
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Attachment

cc: Transferee Judge:      Judge Christopher C. Conner
    Transferor Judges:     (See Attached List of Judges)
    Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

     MAY - 7 2008

    CLERK'S OFFICE
  JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 21 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

## IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION

MDL No. 1935

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
A CERTIFIED TRUE COPY

       MAY - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

**IN RE: CHOCOLATE CONFECTIONARY**
**ANTITRUST LITIGATION**                                       MDL No. 1935

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  08-295      Marcy Linder v. The Hershey Co., et al.
  CAC  2  08-319      Molly Wagman v. The Hershey Co., et al.
  CAC  2  08-620      Eugenia Miceli v. The Hershey Co., et al.
  CAC  2  08-908      Jones Vend & OCS Distributing, Inc. v. Nestle USA, Inc., et al.
  CAC  2  08-1022     C.W. Brower, Inc. v. Nestle USA, Inc., et al.
  CAC  2  08-1079     Russell Traub v. Cadbury Adams Canada, Inc., et al.
  CAC  2  08-1338     Craig Stephenson v. The Hershey Co., et al.
  CAC  2  08-1341     Kevin Tierney v. The Hershey Co., et al.
  CAC  2  08-1859     Treat America Ltd. v. Nestle USA, Inc., et al.

CALIFORNIA NORTHERN
  CAN  3  08-543      John Candido v. The Hershey Co., et al.
  CAN  3  08-674      Lisa Blackwell v. The Hershey Co., et al.

MICHIGAN EASTERN
  MIE  2  08-10400    Edward S. Hesano v. The Hershey Co., et al.

NEW JERSEY
  NJ   2  08-257      D Controls, Inc. v. The Hershey Co., et al.
  NJ   2  08-258      Setih E. Ellis, P.A. v. The Hershey Co., et al.
  NJ   2  08-259      Marc Lavin, et al. v. The Hershey Co., et al.
  NJ   2  08-272      Jonathan Benjamin v. The Hershey Co., et al.
  NJ   2  08-274      Daphne Matelene v. The Hershey Co., et al.
  NJ   2  08-348      Daniel Klein v. The Hershey Co., et al.
  NJ   2  08-499      Ellen Widom v. The Hershey Co., et al.
  NJ   2  08-502      Adrianne Shienvold v. The Hershey Co., et al.
  NJ   2  08-631      Ben Lee Distributors, Inc. v. The Hershey Co., et al.
  NJ   2  08-634      Julia Isenhower v. The Hershey Co., et al.
  NJ   2  08-706      Isabelle Dikland v. The Hershey Co., et al.
  NJ   2  08-845      Thomas Rode v. The Hershey Co., et al.
  NJ   2  08-869      Royal Enterprises Corp. v. The Hershey Co., et al.
  NJ   2  08-941      Weaver Nut Co. v. The Hershey Co., et al.
  NJ   2  08-1003     Autry Greer & Sons, Inc., et al. v. The Hershey Co., et al.
  NJ   2  08-1537     Cindy Elan-Mangano v. The Hershey Co., et al.

## MDL No. 1935 - Schedule CTO-1 Tag Along Actions (Continued)

### DIST. DIV. C.A. #        CASE CAPTION

**NEW YORK SOUTHERN**
- NYS 1 08-910 — NMJ Consultant Group, Inc. v. Cadbury Adams Canada, Inc., et al.
- NYS 1 08-1205 — Canteen Vending Co. v. Cadbury Adams Canada, Inc., et al.
- ~~NYS 1 08-1548~~ — ~~The Candy Jar, Inc. v. Nestle Suisse S.A., et al.~~ Vacated 5/1/08
- NYS 1 08-1570 — VME Distributors, Inc. v. Cadbury Adams Canada, Inc., et al.
- NYS 1 08-1960 — Card & Party Mart II Ltd. v. Cadbury Adams Canada, Inc., et al.

**PENNSYLVANIA EASTERN**
- PAE 2 08-368 — Canteen Co. of Utica-Rome, Inc. v. The Hershey Co., et al.
- PAE 2 08-376 — Donald Webster v. The Hershey Co., et al.
- PAE 2 08-772 — Brookshire Brothers, Ltd. v. The Hershey Co., et al.
- PAE 2 08-810 — Paula Wolner v. The Hershey Co., et al.
- PAE 2 08-942 — Pitco Foods v. Cadbury Adams Canada, Inc., et al.
- PAE 2 08-1136 — The Kroger Co., et al. v. Cadbury Schweppes PLC, et al.
- PAE 2 08-1155 — Meijer, Inc., et al. v. The Hershey Co., et al.
- PAE 2 08-1182 — Publix Super Markets, Inc. v. Cadbury Schweppes PLC, et al.
- PAE 2 08-1223 — Affiliated Foods, Inc. v. The Hershey Co., et al.
- PAE 2 08-1365 — CVS Pharmacy, Inc., et al. v. Cadbury Adams Canada, Inc., et al.

**PENNSYLVANIA WESTERN**
- PAW 2 08-414 — Giant Eagle, Inc. v. The Hershey Co., et al.

**TENNESSEE EASTERN**
- ~~TNE 2 08-51~~ — ~~Cyrus T.G., Inc., et al. v. The Hershey Co., et al.~~ Opposed 5/6/08

**TEXAS EASTERN**
- TXE 6 08-21 — Lori Ann Hongach v. The Hershey Co., et al.
- TXE 6 08-90 — Esther Naomi Lieberman v. The Hershey Co., et al.

**WISCONSIN EASTERN**
- WIE 2 08-131 — Debra L. Damaske, et al. v. The Hershey Co., et al.